IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRELL LAMAR MARSHALL,
      Plaintiff

V.                                              CASE NO. 17-CV-350-WKW

UNITED STATES OF AMERICA, et; al,
      Defendants.

## NOTICE OF APPEAL
## IN FORMA PAUPERIS

Now comes, plaintiff, Darrell L. Marshall and give notice of appeal of an order that was entered on January 19, 2018 that disposed of all claims and completely disposed of the case.

February 14, 2018

                                      DARRELL LAMAR MARSHALL, PRO SE
                                      15794 STEEL STREET
                                      DETROIT, MICHIGAN 48227
                                      Cell Ph. (313) 828-7489
                                      Email darrellmarshall201@gmail.com

Darrell L. Marshall
15794 Steel St.
Detroit, MI. 48217



METROPLEX MI 480
14 FEB 2018 PM 4 L

Clerk Office
United States District Court
1 Church Street
Montgomery, AL 36124

36104-401801